NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCO ANTONIO GALLO-RODRIGUEZ,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2012-5136

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-0782, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

Marco Antonio Gallo-Rodriguez requests the court provide access to his appeal via his PACER account. Gallo-Rodriguez also requests this court send him the unaccepted certified check with which he initially paid for his appeal at the United States Court of Federal Claims.

MARCO GALLO-RODRIGUEZ V. US                                    2

In order to view his appeal via PACER, Gallo-Rodriguez must go to the following website and select the middle link: https://ecf.cafc.uscourts.gov/.

As to Gallo-Rodriguez's request for the unaccepted certified check, he must communicate with the United States Court of Federal Claims regarding any concerns he may have.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25